

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, | § | No. 08-25-00082-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| ROMELLO EDWARD DUKES, | § | (TC# 2024DCV0791) |
| Appellee. | § | |
| | § | |

# MEMORANDUM OPINION

This appeal is before the Court on Progressive Direct Insurance Company's (Progressive) unopposed motion to dismiss appeal pursuant to settlement. The motion states that the parties have settled the lawsuit underlying this appeal, and Progressive requests that we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1) (allowing an appellate court to dismiss an appeal on the motion of the appellant). As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted. *Id.* Costs of the appeal are taxed against Progressive. Tex. R. App. P. 42.1(d).


MARIA SALAS MENDOZA, Chief Justice

August 12, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.